UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES LASHAWN REEVES,<br><br>　　　　　Defendant. | No. 2:13-CR-008-WFN-34<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>☒　Motion Denied<br>**(ECF No. 1810)** |

　　At the March 27, 2014, hearing on Defendant's Motion to Modify, ECF No. 1810, Defendant appeared with counsel Jeffrey S. Niesen.  The United States was represented by Assistant U.S. Attorney James A. Goeke.

　　For the reasons stated in court, Defendant's Motion is **DENIED.**  Electronic monitoring shall remain in place for the time being.

　　DATED March 27, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE - 1