UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>MERCEDES LASHAWN REEVES,<br><br>                Defendant. | No. 2:13-cr-008-WFN-34<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY<br><br>MOTION DENIED<br>(ECF No. 2243) |

      On June 12, 2014, the Court held a hearing on Defendant's motion to modify conditions of release by omitting the requirement of the "electronic ankle bracelet" (ECF 2243). Defendant was out of custody and appeared with counsel, Jeff Niesen. Assistant U.S. Attorney, Jim Goeke represented the Government.

      Both parties provided written memoranda, and presented argument. Defendant also proffered documentation of her employment and educational opportunities. Pretrial Services officer Hanson was present to advise the court.

      The Court finds that the present release conditions were determined only after several hearings, multiple reports by Pretrial Services, and review by a district judge. The Court further finds that circumstances have not materially changed since the condition of electronic monitoring was imposed . Accordingly,

//

//

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1

1
2  Defendant's Motion, **ECF No. 2243** is **DENIED.**  Defendant shall abide by all
3  previous conditions of release.
4      **IT IS SO ORDERED.**
5      DATED June 12, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 2