UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES LASHAWN REEVES,<br><br>Defendant. | No. 2:13-CR-008-WFN-34<br><br>ORDER DENYING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL |

Before the Court is Defendant's Motion for Permission to Travel. ECF No. 2441. Defendant's request to travel to the Western District of Washington would require modification of present conditions of release, notably condition #2(c) in ECF No. 1208, requiring the Defendant to remain in the Eastern District of Washington, and also of condition #2 in ECF No. 1219, requiring Defendant to participate in Electronic Home Monitoring.

The Court heard the argument of counsel on August 6, 2014, read memoranda filed by each party, and reviewed the court file.

Defendant asserted that she had been compliant with all release conditions to date, and wished to travel by car over a 4-day period in August, to attend a family gathering in Everett, Washington, occasioned by her brother's birthday and her grandmother's recent surgery.

The United States objected, arguing that release was over objection, that

ORDER - 1

1  Defendant is charged with serious offenses involving firearms, would propose to
2  travel in the company of individuals with significant criminal histories, and
3  pending trial has allegedly made false or contradictory statements.
4    Pretrial Services did not object.
5    The present pretrial release status came about after several hearings and after
6  being heard by two other judges, including a District Judge.  As this Court is not
7  fully appraised as to all of the arguments or factual nuances which resulted in
8  Defendant's present position, this Court gives deference to the present conditions
9  of release and confines itself to determining whether there are substantial changes
10  in Defendant's circumstances.  This Court finds no substantial changes.  The Court
11  further notes that the presumably extensively argued condition that Defendant
12  remain in the Eastern District of Washington, ECF 1208, does not include the
13  common qualifier of "may travel with prior permission, for medical or other
14  appropriate reasons."  Finally, the Court also notes that the reasons for wishing to
15  travel are not notably emergent.
16    For these reasons the Defendant's Motion, **ECF No. 2241** is **DENIED.**
17  **IT IS SO ORDERED.**
18  DATED August 8, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2