# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>MERCEDES LASHAWN REEVES,<br><br>　　　　　　　Defendant. | No.　2:13-CR-0008-WFN-34<br><br>ORDER |

A motion hearing was held on April 21, 2015. Defendant was present, not in custody, and was represented by Jeffrey Niesen; Assistant United States Attorneys Stephanie Van Marter and Russell Smoot represented the Government; United States Probation Officer Charles Kuipers was also present.

The Court indicated that while the allegations were sufficient to require Defendant to be taken into custody today, she will be permitted to self-report as initially ordered. However, to remove the ankle bracelet, Defendant must provide a detailed travel plan to her supervising Probation Officer. The Court has reviewed the file and the parties' Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Modification of Release, filed April 16, 2015, **ECF No. 3611**, is **GRANTED**. Defendant shall report to the United States Probation Office on **May 1, 2015, after 1:00 p.m.**, but before the close of business for removal of her ankle bracelet.

2. The ankle bracelet shall **only be removed AFTER her supervising Probation Officer approves of her travel plans.** Defendant shall provide all information and

ORDER - 1

documentation that Probation Officer Kuipers requires to approve of her travel plans no later than **April 28, 2015**. If the information is not provided, Defendant's ankle bracelet **shall not** be removed and she will be required to self-surrender in this district.

3. The Government's Motion to Revoke Release, filed April 16, 2015, **ECF No. 3613**, is **DENIED**.

4. The parties' Motions to Expedite, **ECF Nos. 3612 and 3614**, are **GRANTED**. The underlying Motions were considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** Probation Officer Charles Kuipers.

**DATED** this 22nd day of April, 2015.

04-21-15

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2